**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                           Case No.  3:09cr94/MCR

YOBA FALCON

                                       /

**ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreements pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, YOBA FALCON, to Counts I and II of the Second Superseding Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 22nd day of February, 2010.

                                                   s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**