# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NOS.: 3:09cr94/MCR/CJK
 3:13cv526/MCR/CJK

YOBA FALCON
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 16, 2016.  ECF No. 201.  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The motion to vacate, set aside, or correct sentence, ECF No. 171, is **DENIED**.

3. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 16th day of September 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:09cr94/MCR/CJK; 3:13cv526/MCR/CJK